BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-MC-00126-MCE-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $10,480.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $10,420.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Roberta Edd ("claimant" or "Edd"), by and through their respective counsel, as follows:

1.      On or about July 24, 2015, claimant Edd filed a claim in the administrative forfeiture proceedings with the United States Postal Inspection Service with respect to the Approximately $10,480.00 in U.S. Currency and Approximately $10,420.00 in U.S.  (hereafter "defendant currency"), which was seized on May 13, 2015.

2.      The United States Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the

1

1   administrative forfeiture proceeding.

2        3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

3   forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

4   currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

5   forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of

6   the parties.  That deadline was October 22, 2015.

7        4.     By Stipulation and Order filed October 29, 2015, the parties stipulated to extend to

8   November 20, 2015, the time in which the United States is required to file a civil complaint for

9   forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

10  currency is subject to forfeiture.

11       5.     By Stipulation and Order filed November 20, 2015, the parties stipulated to extend to

12  December 21, 2015, the time in which the United States is required to file a civil complaint for

13  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

14  currency is subject to forfeiture.

15       6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to

16  January 20, 2016, the time in which the United States is required to file a civil complaint for forfeiture

17  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

18  subject to forfeiture.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation to Extend Time to File Complaint

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 20, 2016.

Dated:    12/17/15                                BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ Kevin C. Khasigian
                                                  KEVIN C. KHASIGIAN
                                                  Assistant U.S. Attorney


Dated:    12/17/15                                /s/ Thomas W. Barth
                                                  THOMAS W. BARTH
                                                  Attorney for Claimant Roberta Edd

                                                  (Authorized via email)


        IT IS SO ORDERED.

Dated:  December 22, 2015


                                                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT

Stipulation to Extend Time to File Complaint